■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEN McRAE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered August 16, 1983, convicting him of murder in the second degree (two counts), and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution, as we must *(People v Benzinger,* 36 NY2d 29), the evidence is legally sufficient to support the defendant's conviction *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932). Moreover, upon the exercise of our factual review power, we are satisfied that the evidence established the defendant's guilt beyond a reasonable doubt and the verdict was not against the weight of the evidence (CPL 470.15 [5]). It was within the province of the jury to assess the credibility of the defendant's alibi witnesses in the face of conflicting evidence adduced by the People *(People v Dudley,* 110 AD2d 652).

Contrary to defendant's *pro se* argument, trial counsel's representation of him was constitutionally adequate. The courts will not second-guess a reasonable trial strategy; mere losing tactics, when viewed in hindsight, do not render counsel ineffective *(People v Lane,* 60 NY2d 748; *People v Baldi,* 54 NY2d 137; *People v Dudley, supra).*

We have considered all of the defendant's other claims and find them to be unpreserved for appellate review or without merit. Mangano, J. P., Brown, Lawrence and Spatt, JJ., concur.